IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JIBRAIL MALIK MUHAMMAD, SR., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:25-CV-00972-BL-KFP |
| THE ALABAMA DEPARTMENT OF FINANCE BOARD OF ADJUSTMENT, | ) ) ) ) | |
| Defendant. | ) ) | |

## **ORDER**

On May 19, 2026, the Magistrate Judge recommended that the court dismiss the Plaintiff's complaint for failure to obey court orders and prosecute this case.  (Doc. 18). The Magistrate Judge set June 2, 2026, as the deadline for the Plaintiff to file objections to the recommendation.  (Doc. 18).  The court has received no objections from the Plaintiff.

After careful review of the file and upon consideration of the recommendation of the Magistrate Judge, the court **ADOPTS** the recommendation of the Magistrate Judge to dismiss this action without prejudice.

The court will enter a separate final judgment dismissing this action.

**DONE** and **ORDERED** on this the 9th day of June, 2026.

_____
**BILL LEWIS**
UNITED STATES DISTRICT JUDGE